```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/11
```

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                    FAX 212-964-2926

December 21, 2011

Hon. Victor Marrero
United States District Court
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Zhanna Kuznetsova**
11 Cr. 614 (VM)

Your Honor:

    I write with the consent of Daniel Chung, Esq. to request that the Court approve a bond modification in the foregoing case. Ms. Kuznetsova's original one hundred thousand dollar ($100,000.00) bond requires three co-signers, which Ms. Kuznetsova obtained. However, one of the co-signers, Gulchera Muratova, has decided that she wishes to withdraw from the bond. The parties have agreed that instead of a third co-signer, Ms. Kuznetsova will post two thousand five hundred dollars ($2,500.00) cash to secure her bond. The other conditions of the bond will remain in place: Ms. Kuznetsova is not to obtain any new travel documents to replace those taken by agents at her arrest, she is restricted to the Southern and Eastern Districts of New York and she is required to comply with regular pre-trial supervision.

    Therefore the parties jointly request that the Court permit the bond to be modified as follows: co-signer Gulchera Muratova will be removed, the third co-signer requirement will be reduced to two co-signers and the posting of two thousand five hundred dollars ($2,500.00) cash will be added.

Very truly yours,

Lisa Scolari

SO ORDERED:

_____
HON. VICTOR MARRERO

cc: Daniel Chung, Esq.

---

Request GRANTED. The bail conditions of defendant _Zhana Kuznetsova_ herein are modified to permit _remove a cosigner and add a posting of cash_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

12-22-11
DATE                VICTOR MARRERO, U.S.D.J.