UNITED STATES DISRTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA          :

      -against-                          :          Indictment No.: 11-CR-614(VM)

ZHANNA KUZNETSOVA                  :          NOTICE OF APPEARANCE

------------------------------------------------------X

SIRS:

      PLEASE TAKE NOTICE that ANTHONY STRAZZA, ESQ., hereby appears in the above-entitled action and that the undersigned has been retained as attorney for Zhanna Kuznetsova, the defendant herein.  Accordingly, all papers in this action should be served upon the undersigned at the office and post office address stated below.

DATED:     February 10, 2012
              Bronx, New York

                                            Respectfully submitted,

                                            _____/s/_____
                                            ANTHONY STRAZZA, ESQ. (AS 7018)
                                            2027 Williamsbridge Road
                                            Second Floor
                                            Bronx, New York 10461
                                            (718) 823-6622