```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA
:
        v.               :        **ORDER**
:
ZHANNA KUZNETSOVA,      :      11 Cr. 614 (VM)
:
:
           Defendant.
:
- - - - - - - - - - - - - - - X

       WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on April 19, 2013;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
               August, 2013

                                   HONORABLE VICTOR MARRERO
                                   UNITED STATES DISTRICT JUDGE

XD4JZKUZP                    SEALED

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,              New York, N.Y.

4            v.                           11 CR 614  (VM)

5  ZHANNA KUZNETSOVA,

6            Defendant.

7  ------------------------------x

8
                                         April 19, 2013
9                                        11:40 a.m.

10
   Before:
11
                   HON. JAMES C. FRANCIS,
12
                                         Magistrate Judge
13

14                     APPEARANCES

15 PREET BHARARA
        United States Attorney for the
16      Southern District of New York
   BY:  MICHAEL LOCKARD
17      Assistant United States Attorney

18 ANTHONY STRAZZA
        Attorney for Defendant
19

20

21

22

23

24

25

XD4JZKUZP                    SEALED

1              (Case called)

2              MR. LOCKARD:  Good morning, your Honor, Michael

3    Lockard for the government.

4              THE COURT:  Good morning.

5              MR. STRAZZA:  Good morning your Honor, on behalf of

6    Ms. Kuznetsova, Anthony Strazza, S-t-r-a-z-z-a.

7              THE COURT:  Good morning.

8              I believe the first order of business is waiver of the

9    indictment.

10             Proceed with that.

11             THE DEPUTY CLERK:  You are Zhanna Kuznetsova?

12             THE DEFENDANT:  Yes.

13             THE DEPUTY CLERK:  Have you signed this waiver of

14   Indictment?

15             THE DEFENDANT:  Yes.

16             THE DEPUTY CLERK:  Before you signed it, did you

17   discuss it with your attorney?

18             THE DEFENDANT:  Yes.

19             THE DEPUTY CLERK:  Did your attorney explain it to

20   you?

21             THE DEFENDANT:  Yes.

22             THE DEPUTY CLERK:  Do you understand what you are

23   doing?

24             THE DEFENDANT:  Yes.

25             THE DEPUTY CLERK:  Do you understand that you are

XD4JZKUZP                    SEALED

1    under no obligation to waive indictment?

2              THE DEFENDANT:  Yes.

3              THE DEPUTY CLERK:  Do you understand that if you do

4    not waive indictment, if the government wants to prosecute you

5    they will have to present this case to a grand jury, which may

6    or may not indict you?

7              THE DEFENDANT:  Yes.

8              THE DEPUTY CLERK:  Do you understand that by signing

9    this waiver of indictment, you've given up your right to have

10   this case presented to a Grand Jury?

11             THE DEFENDANT:  Yes.

12             THE DEPUTY CLERK:  Do you understand what a Grand Jury

13   is?

14             THE DEFENDANT:  Yes.

15             THE DEPUTY CLERK:  Have you seen a copy of the

16   information?

17             THE DEFENDANT:  Yes.

18             THE DEPUTY CLERK:  Do you waive its public reading?

19             THE DEFENDANT:  Yes.

20             THE DEPUTY CLERK:  Thank you.

21             THE COURT:  Ms. Kuznetsova, I'm Judge Francis.

22             You're charged in the information in four counts.

23   Count one charges conspiracy to commit visa fraud in violation

24   of Title 18 of the United States Code, Section 371.

25             Count two charges conspiracy to transport, harbor and

XD4JZKUZP                    SEALED

1   induce the entry of illegal aliens in violation of Title Eight

2   of the United States Code, Section 1324, (a)(1)(A)(v)(1).

3           And count three charges conspiracy to commit marriage

4   fraud in violation of Title 18 of the United States Code,

5   Section 371.

6           And Count Four charges witness tampering in violation

7   of Title 18 United States Code, Section 1512(b)(3).

8           You have the right to enter your plea before a United

9   States District Judge.  However, a United States Magistrate

10  Judge may also take your plea, provided that you consent to

11  that procedure.

12          I have before me a consent form.  Have you read, and

13  do you understand that form, and did you sign it?

14          THE DEFENDANT:  Yes.

15          THE COURT:  I'm going to ask you some questions in

16  connection with your plea.  Please raise your right hand.

17          (Defendant sworn)

18          THE COURT:  Please state your full name?

19          MR. LOCKARD:  Your Honor, I apologize for

20  interrupting, but there is one matter that I think warrants

21  just putting on the record.

22          I believe the defendant is a native Russian speaker.

23  I understand she's also fluent in English.  And I have use

24  discussed with her counsel her willingness to proceed today

25  without a Russian interpreter.

XD4JZKUZP                    SEALED

1          THE COURT:  Thank you.

2          THE DEFENDANT:  Zhanna Kuznetsova.

3          THE COURT:  And what's your education?

4          THE DEFENDANT:  Lawyer back in Russia.

5          THE COURT:  So you've had college?

6          THE DEFENDANT:  Yes.

7          THE COURT:  Are you now or have you recently been

8    under the care of doctor or a psychiatrist for any reason?

9          THE DEFENDANT:  No.

10         THE COURT:  Are you taking any medications?

11         THE DEFENDANT:  A little.

12         THE COURT:  Anything that affects your ability to

13   understand --

14         THE DEFENDANT:  No.

15         THE COURT:  -- these proceedings?

16         THE DEFENDANT:  No.

17         THE COURT:  Have you ever been treated for alcoholism

18   or drug addiction?

19         THE DEFENDANT:  No.

20         THE COURT:  Are you feeling all right today?

21         THE DEFENDANT:  Pretty good.

22         THE COURT:  Have you received a copy of -- you

23   indicated you received a copy of the information and you

24   understand it?

25         THE DEFENDANT:  Yes.

XD4JZKUZP                    SEALED

1          THE COURT:  Have you had time to talk to your attorney

2     about the charges and about how you wish to plead?

3          THE DEFENDANT:  Yes.

4          THE COURT:  Are you satisfied with your attorney?

5          THE DEFENDANT:  Yes.

6          THE COURT:  Are you ready to plead at this time?

7          THE DEFENDANT:  Yes.

8          THE COURT:  And what is your plea to counts one

9     through four of the information?

10         THE DEFENDANT:  Guilty.

11         THE COURT:  I need to determine whether your plea of

12    guilty is voluntary and whether you fully understand the

13    charges against you and the possible consequences of your plea,

14    so I'm going to ask you some additional questions.

15         I remind you that the charge against you in count one

16    is conspiracy to commit visa fraud.  The law provides as a

17    penalty a term of imprisonment of up to five years, a term of

18    supervised release of up to three years, a maximum fine which

19    is the greatest of $250,000 or twice any gain derived from the

20    offense, or twice any loss to persons other than yourself as a

21    result of the offense, and a $100 special assessment.  Do you

22    understand those penalties?

23         THE DEFENDANT:  Yes.

24         THE COURT:  Count two charges conspiracy to traffic in

25    illegal aliens.  The law provides as a penalty a term of

1    imprisonment of up to ten years, a term of supervised release

2    up to three years, a fine of -- maximum fine of up to $250,000

3    or twice any gain derived from the offense or twice any loss to

4    persons other than yourself as a result of the offense, and a

5    $100 special assessment.  Do you understand those penalties?

6             THE DEFENDANT:  Yes.

7             THE COURT:  Count three charges conspiracy to commit

8    marriage fraud.  The law provides as a penalty a term of

9    imprisonment up to five years, a term of supervised release of

10   up to three years, a maximum fine which is the greatest of

11   $250,000 or twice any gain derived from the offense or twice

12   any loss to persons other than yourself as a result of the

13   offense, and a $100 special assessment.  Do you understand

14   those penalties?

15            THE DEFENDANT:  Yes.

16            THE COURT:  And count four charges witness tampering.

17   And the law provides as a penalty a term of imprisonment up to

18   20 years, a term of supervised release of up to three years, a

19   maximum fine which is the greatest of $250,000 or twice any

20   gain derived from the offense or twice any loss to persons

21   other than yourself as a result of the offense, and a $100

22   special assessment.  Do you understand those penalties?

23            THE DEFENDANT:  Yes.

24            THE COURT:  Do you understand that the maximum

25   sentence on counts one through four is a total of 40 years

XD4JZKUZP                    SEALED

1    imprisonment?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Do you understand that as part of any

4    sentence you would be required to make restitution to any

5    victims of the crime?

6              THE DEFENDANT:  Yes.

7              THE COURT:  Do you understand that as part of any

8    sentence, you could be required to forfeit any monies or

9    property obtained as a result of the crimes or used to

10   facilitate the crimes?

11             THE DEFENDANT:  Yes.

12             THE COURT:  Do you understand that if you are

13   sentenced to prison and released on supervised release, and you

14   violate the terms of supervised release, you would be returned

15   to prison without credit for the time spent on supervised

16   release; do you understand that?

17             THE DEFENDANT:  Yes.

18             THE COURT:  Do you understand that if you are not a

19   United States citizen, you would be subject to deportation on

20   the basis of your conviction?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Do you understand that you have the right

23   to plead not guilty and the right to a jury trial on these

24   charges?

25             THE DEFENDANT:  Yes.

XD4JZKUZP                    SEALED

1          THE COURT:  Do you understand that if you plead not

2    guilty and go to trial, the burden would be on the government

3    to prove your guilt beyond a reasonable doubt?

4          THE DEFENDANT:  Yes.

5          THE COURT:  Do you understand that at a trial you

6    would be presumed innocent until the government proves your

7    guilt?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Do you understand that you have a right to

10   be represented by an attorney at trial and at all other stages

11   of the proceedings, and, if necessary, an attorney would be

12   appointed for you?

13         THE DEFENDANT:  Yes.

14         THE COURT:  Do you understand that at a trial you have

15   the right to confront and question any witnesses who testify

16   against you and the right not to be forced to testify against

17   yourself?

18         THE DEFENDANT:  Yes.

19         THE COURT:  Do you understand that at a trial you

20   would be entitled to testify in your own behalf, to present

21   evidence, to call witnesses to testify, and to subpoena those

22   witnesses, if necessary?

23         THE DEFENDANT:  Yes.

24         THE COURT:  Do you understand that if you plead

25   guilty, there will be no trial of any kind, and the trial

XD4JZKUZP                    SEALED

1    related rights that I've just described would no longer apply,

2    and the only remaining step would be for the Court to sentence

3    you?

4            THE DEFENDANT:  Yes.

5            THE COURT:  Do you understand the nature of the

6    charges to which you're pleading?

7            THE DEFENDANT:  Yes.

8            THE COURT:  Do you understand the range of penalties,

9    including the maximum sentence that you could receive on the

10   basis of your plea?

11           THE DEFENDANT:  Yes.

12           THE COURT:  Have you and your attorney talked about

13   how the Sentencing Commission guidelines might apply to your

14   case?

15           THE DEFENDANT:  Yes.

16           THE COURT:  Do you understand that the Court will not

17   be able to determine the guidelines of your case until a

18   presentence report has been prepared, and you and the

19   government have had the opportunity to challenge any facts

20   reported there?

21           THE DEFENDANT:  Yes.

22           THE COURT:  Do you understand that after it's been

23   determined what guidelines apply to a case, the Court has the

24   authority in some circumstances to impose a sentence that is

25   either more severe or less severe than that called for by the

XD4JZKUZP                         SEALED

1   guidelines?

2           THE DEFENDANT:  Yes.

3           THE COURT:  Do you understand that in determining the

4   sentence, the Court will consider, in addition to the

5   guidelines, possible departures from those guidelines, all of

6   the factors set forth in the statute, that is 18 United States

7   Code Section 3553(a)?

8           THE DEFENDANT:  Yes.

9           THE COURT:  Do you understand that under some

10  circumstances you or the government may have the right to

11  appeal the sentence?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Do you understand that there is no parole,

14  and that if you are sentenced to prison, you will not be

15  released on parole?

16          THE DEFENDANT:  Yes.

17          THE COURT:  Do you understand that the answers you

18  give to me today under oath or in the future, may be used

19  against you in a prosecution for perjury or false statements if

20  you do not tell the truth?

21          THE DEFENDANT:  Yes.

22          THE COURT:  Do you still wish to plead guilty?

23          THE DEFENDANT:  Yes.

24          THE COURT:  Have any threats been made to you by

25  anyone to influence you to plead guilty?

XD4JZKUZP                    SEALED

1          THE DEFENDANT:  No.

2          THE COURT:  Have any promises been made concerning the

3    sentence you would receive?

4          THE DEFENDANT:  No.

5          THE COURT:  I have before me a plea agreement dated

6    March the 25th, 2013.  Have you read that agreement, do you

7    understand it, and did you sign it?

8          THE DEFENDANT:  Yes.

9          THE COURT:  That plea agreement contains a provision

10   that you will forfeit any monies or property obtained in

11   connection with the crimes or used to facilitate the crimes.

12   Do you understand that?

13         THE DEFENDANT:  Yes.

14         THE COURT:  It also provides that if you provide

15   substantial assistance to the government, the government will

16   provide what's known as a 5K1.1 letter at the time of

17   sentencing.

18         Do you understand that it's entirely within the

19   government's discretion to determine whether in fact you have

20   provided substantial assistance?

21         THE DEFENDANT:  Yes.

22         THE COURT:  Do you also understand that even if the

23   government provides such a letter, that letter does not bind

24   either the Probation Department in the sentence that it

25   recommends, or the sentencing judge and the sentence that he

XD4JZKUZP                    SEALED

1   will ultimately impose; do you understand that?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Do you understand that you are agreeing

4   not to appeal or challenge your conviction on the grounds that

5   the government has failed to provide discovery material or

6   information that might tend to prove your innocence?

7              THE DEFENDANT:  Yes.

8              THE COURT:  Do you understand that you are bound by

9   your plea regardless of the immigration consequences?

10              THE DEFENDANT:  Yes.

11              THE COURT:  Apart from what is contained in that plea

12   agreement, has anyone offered or promised you anything

13   whatsoever in connection with your plea?

14              THE DEFENDANT:  No.

15              THE COURT:  Does the government wish to set forth on

16   the record the elements that it would prove at trial?

17              MR. LOCKARD:  Yes, your Honor.

18              The elements of count one, which charges the visa

19   fraud conspiracy, has the following elements:

20              1st, two or more individuals entered into an unlawful

21   agreement as charged in the indictment;

22              2nd, that the defendant knowingly and willfully became

23   a member of that conspiracy, and;

24              3rd, that one of the members of the conspiracy

25   knowingly committed at least one overt act in furtherance of

1    the object as set forth in the indictment.

2              THE COURT:  The information.

3              MR. LOCKARD:  As set forth in the information.  Thank

4    you, your Honor.

5              The object of the conspiracy charged in count one is

6    visa fraud in violation of Title 18 United States Code, Section

7    1546(a).  The elements of that object are:

8              1st, that the defendant made a false statement as

9    alleged in the information;

10             that the statement was made in a document required by

11   the immigration laws or regulations;

12             3rd, that the statement was made under oath;

13             4th, the statement was false as to a material fact,

14   and;

15             5th, that the defendant knew the statement was false

16   at the time it was made.

17             With respect to count two of the information, which

18   charges a conspiracy to transport and harbor illegal aliens,

19   the elements of the conspiracy are the same as those with

20   respect to count one.

21             There are multiple objects of the conspiracy charged

22   in count two.  The first is harboring illegal aliens in

23   violation of Title 18 United States Code, Section 1324

24   (a)(1)(A)(3).

25             The elements of that object are that the person in

1   question was in the United States in violation of law;

2          2nd, that the defendant knew or acted in reckless

3   disregard of the fact that the person was an alien who had come

4   to, entered or remained in the United States in violation of

5   law;

6          3rd, that the defendant harbored an alien who had come

7   to, entered or remained in the United States in violation of

8   the law, or concealed or shielded from detection or attempted

9   to do so, that alien;

10          4th, that the defendant's action in harboring,

11  concealing or shielding from detection that alien,

12  substantially facilitated the alien's ability to remain in the

13  United States.

14          The second object of the conspiracy charged in count

15  two is the transportation of illegal aliens in violation of

16  Title Eight United States Code, Section 1324 (a)(1)(A)(2).  The

17  elements of that object are that the person in question was in

18  the United States in violation of law;

19          2nd, that the defendant knew or acted in reckless

20  disregard of that fact that the person was an alien who had

21  come to, entered or remained in the United States in violation

22  of the law;

23          3rd, that the defendant transported the alien within

24  the United States;

25          4th, that the defendant acted willfully and in

XD4JZKUZP                    SEALED

1    furtherance of the alien's violation of law, and, if

2    applicable, that the defendant acted for the purpose of

3    commercial advantage or financial gain.

4           The third object of the conspiracy charged in count

5    two is inducing illegal aliens to enter the United States in

6    violation of Title Eight United States Code, Section

7    1324(a)(1)(A)(iv).  The elements of that object are that the

8    defendant encouraged or induced an alien to come to enter or

9    reside in the United States in violation of law;

10          2nd, that the defendant did so knowing that the aliens

11   coming to, entering or residing in the United States was or

12   would be in violation of the law, and;

13          3rd, that the defendant acted for the purpose of

14   commercial advantage or financial gain.

15          Count three charges a conspiracy to commit marriage

16   fraud.  The object of that conspiracy is a violation of Title

17   Eight United States Code, Section 1325(c).  The elements of

18   that object are:

19          First, that the defendant knowingly married a United

20   States citizen;

21          2nd, that the defendant entered into that marriage for

22   the purpose of evading a provision of the United States

23   immigration laws;

24          3rd, that the defendant knew or had reason to know

25   that this conduct was unlawful.

XD4JZKUZP                  SEALED

1          Finally, the fourth count of the information charges

2    witness tampering in violation of Title 18 United States Code,

3    Section 1512(b)(3).   The elements of that offense are:

4          First, that on or about the date charged in the

5    information the defendant knowingly and corruptly persuaded a

6    potential witness, and;

7          2nd, that the defendant acted knowingly and with the

8    intent to hinder, delay, or prevent communication to a law

9    enforcement officer of information relating to the commission

10   or possible commission of a federal offense.

11         In addition to these elements which the government

12   would prove beyond a reasonable doubt, the government would

13   also show by a preponderance of the evidence that venue is

14   proper in the Southern District of New York.

15         And I also note that the plea agreement contains a

16   waiver of objection to that venue.

17         THE COURT:   Thank you.

18         Ms. Kuznetsova, do you understand that if you were to

19   go trial, the government would have to prove those elements

20   beyond a reasonable doubt?

21         THE DEFENDANT:   Yes.

22         THE COURT:   Is your plea voluntary and made of your

23   own free will?

24         THE DEFENDANT:   Yes.

25         THE COURT:   Did you commit the offenses charged?

XD4JZKUZP                    SEALED

1           THE DEFENDANT:  Yes.

2           THE COURT:  Tell me what you did.

3           THE DEFENDANT:  In about 2009 to 2011, I agreed with

4      others to make job offers, fake job offers so they could come

5      to United States.

6           Then we have to provide transportation and housing.

7           In September 6th, 2007 I entered the fraudulent

8      marriage so I could obtain the green card.

9           And after that arrested, I talked to my husband to

10     make our story straight -- fake husband.

11          THE COURT:  And at the time you committed those acts,

12     you knew what you were doing was illegal?

13          THE DEFENDANT:  Yes.

14          THE COURT:  And the individuals who were coming to the

15     United States in connection with what you indicated were false

16     job offers --

17          THE DEFENDANT:  Uh-huh.

18          THE COURT:  -- were persons who were not otherwise

19     entitled to enter the United States, is that correct?

20          THE DEFENDANT:  Yes.

21          THE COURT:  Does the government have other questions

22     it wish be asked?

23          MR. LOCKARD:  Your Honor, I think that's sufficient.

24          THE COURT:  Do you know of any reason why the

25     defendant should not plead guilty?

XD4JZKUZP              SEALED

1          MR. LOCKARD:  No, your Honor.

2          THE COURT:  Mr. Strazza, do you know any such reason?

3          MR. STRAZZA:  No, your Honor.

4          I would just like to add something to the record.  I

5   know your Honor touched upon it briefly.  But I want the record

6   to reflect I've had numerous lengthy conversations with Ms.

7   Kuznetsova about potential collateral consequences to this

8   plea, including immigration consequences.  She's indicated to

9   me that she fully understands that and wishes to go forward

10  with the plea in any event.

11         THE COURT:  Thank you.

12         I'm satisfied that the defendant understands the

13  nature of the charges against her and consequences of the plea

14  of guilty.

15         I am also satisfied that the plea is voluntary and

16  knowingly, and that there is a factual basis for it.  I'll,

17  therefore, recommend that Judge Marrero accept the defendant's

18  plea of guilty to counts one through four of the information.

19         Do we have a sentencing date?

20         MR. LOCKARD:  I don't believe there is a sentence date

21  set at this time.

22         THE COURT:  We have a control date?

23         MR. LOCKARD:  We can set a control date for 90 days.

24         THE COURT:  July 12th.

25         MR. STRAZZA:  Your Honor, I'm actually on vacation

XD4JZKUZP                      SEALED

1   that week.  Can I have a date the following week, if that works

2   for the Court?

3            THE COURT:  July 19th?

4            MR. STRAZZA:  Yes.

5            THE COURT:  And at this time no presentence report

6   will be requested.

7            Bail conditions?

8            MR. LOCKARD:  We ask the defendant's current bail

9   conditions be continued.

10           THE COURT:  Bail will be continued.  Thank you.

11           MR. LOCKARD:  One last matter.

12           THE COURT:  Yes.

13           MR. LOCKARD:  In light of the nature of the plea

14   agreement, we'd ask that the transcript be sealed, pending

15   further order of Judge Marrero.

16           THE COURT:  Application is granted.

17           MR. LOCKARD:  Thank you, your Honor.

18           MR. STRAZZA:  Thank you.

19           THE DEFENDANT:  Thank you.

20           (Adjourned to July 19, 2013)

21

22

23

24

25