# ANTHONY STRAZZA, ESQ.

2027 WILLIAMSBRIDGE ROAD, SECOND FLOOR, BRONX, NY 10461
OFFICE: 718.823.6622 ♦ FAX: 718.239.2141 ♦ AS@STRAZZALAW.COM

August 9, 2013

**BY FAX: (212) 805-6382**
Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/13

Re: **United States v. Zhanna Kuznetsova**
**11 Cr. 614 (VM)**

Dear Judge Marrero:

    I represent the defendant, Zhanna Kuznetsova, in the above referenced matter. Upon the consent of AUSA Rachel Maiman, and without objection from Nichole Brown-Morin of Pretrial Services, I am writing to request a modification of the bail conditions for Ms. Kuznetsova to permit travel to Los Angeles, CA from September 20, 2013 to September 23, 2013. Ms. Kuznetsova would like to accompany her mother who will be visiting from Russia during that time period.

    Thank you in advance for your consideration.

Respectfully submitted,

Anthony Strazza

> Request GRANTED. The bail conditions of defendant _Zhanna Kuznetsova_ herein are modified to permit travel to _California_ on _9-20-13_ thru _9-23-13_ for the purposes and on the terms and conditions set forth above.
>
> **SO ORDERED:**
>
> _8-12-13_
> DATE      VICTOR MARRERO, U.S.D.J.

cc.    AUSA Rachel Maiman
         email: rachel.maimin@usdoj.gov
       Nichole Brown-Morin, Pretrial Services
         email: nichole_brown-morin@nyspt.uscourts.gov